IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA ,

    Plaintiff,

v.                                                                          CASE NO. 1:07-cv-00259-MP-AK

$8,308.00 IN U.S. CURRENCY,

    Defendant.

_____/

## DECREE OF FORFEITURE

This matter is before the Court on Doc. 8, Motion for Forfeiture of Property, filed by Plaintiff United States of America. On December 18, 2007, a Verified Complaint of Forfeiture In Rem against the Defendant, $8,308.00 in U.S. currency, was filed on behalf of the Plaintiff. Doc. 1.  The Complaint alleges that the Defendant property is forfeitable to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

It appears that process was fully issued in this action according to law: notice of this forfeiture action was published on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning December 27, 2007; notice of this forfeiture action has been provided to all known interested parties; and no person or entity has filed a claim. Therefore, on Motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

**ORDERED AND ADJUDGED:**

Defendant property, $8,308.00 IN U.S. CURRENCY, shall be forfeited to the United States of America, and no right, title, or interest in the property shall exist in any other party. The Defendant property shall be disposed of according to law.

**DONE AND ORDERED** this  *7th*day of March, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge